ACCEPTED
15-25-00053-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/5/2025 9:45 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00053-CV

_____

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/5/2025 9:45:24 PM
CHRISTOPHER A. PRINE
Clerk

**IN THE**
**COURT OF APPEALS**
**FIFTEENTH DISTRICT OF TEXAS AT AUSTIN**

_____

**ROYAL BENGAL CONSTRUCTION, INC.**

**v.**

**UNITED RENTALS, INC.**

Appealed from 191ST Judicial District Court
Trial Court Cause No. DC-24-02808 in Dallas County, Texas

---

**APPELLANT'S UNOPPOSED MOTION TO EXTEND TIME TO
FILE PRINCIPAL BRIEF**

---

**TO THE HONORABLE COURT OF APPEALS**

APPELLANT, by and through counsel, file this MOTION TO EXTEND TIME TO FILE BRIEF and would show this Court the following:

**BACKGROUND & RELIEF REQUESTED**

1. Appellant's Brief on the merits is due on May 7, 2025.

2. Appellant has not previously requested an extension of its Principal Brief.

3. Appellee requests a 44 days extension of its APPELLANT'S BRIEF due date to June 20, 2025.

## ATTEMPTS TO CONFERENCE

4.  Counsel for Appellee is Unopposed.

## BACKGROUND

5.  Appellant and Appellee, through counsel, have been negotiating settlement of the underlying judgment between them and have nearly reached a settlement agreement of the claims and judgment underlying this Appeal.

6.  While focusing on resolving this matter and the underlying issues Appellant needs additional time for preparation of Appellant's brief as Appellant sought to conserve the costs of attorney resources while trying to negotiate a settlement between the parties.

## CAUSES FOR EXTENSION

7.  Appellant needs additional time because Appellant and Appellee are nearing a settlement agreement to resolve the underlying judgment, preparing a settlement agreement, and finalizing negotiations.

8.  During this time, Appellant desired to conserve attorney resources and would need additional time to prepare its Appellant's brief in the unlikely even the parties do not reach a settlement.

9.  This extension is not sought solely for delay, not sought for needless delay, or to be used as an instrument of oppression against Appellant.

10. This extension is sought to allow adequate time to fully and adequately respond to Appellant's brief and so that justice may be done.

11. Neither party will be prejudiced by the extension.

12. Both parties will be prejudiced—by not granting the extension—because then both sides might otherwise have to devote resources to prosecuting this appeal while also working toward a resolution.

## PRAYER FOR RELIEF

Wherefore, premises considered, Movant prays that this Court will GRANT this motion, and prepare an ORDER moving the due date for Movant's Brief forward 44 days, from its current due date of May 7, 2025, to June 20, 2025.

**Respectfully Submitted.**

By: /s/ *William Knisley*
**WILLIAM KNISLEY**
SBOT No. 24095728
William@Knisley.Law

**KNISLEY, PLLC**
PO BOX 803710
Dallas TX 75380
(T) 972-925-9225
**ATTORNEY FOR APPELLANT**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of this document has been E-Served on all parties or their counsel of record through the Texas E-File System via their email address on file on 5/5/2025.

*/s/ William Knisley*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for Appellee is unopposed to this Motion.

/s/ William Knisley

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 100467914
Filing Code Description: Motion
Filing Description: Motion For Extension of Time to File Brief
Status as of 5/6/2025 7:07 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Tracy East | | paralegal@barnettgarcia.com | 5/5/2025 9:45:24 PM | NOT SENT |
| Matt Garcia | | matt@barnettgarcia.com | 5/5/2025 9:45:24 PM | NOT SENT |
| William Knisley | | William@Knisley.Law | 5/5/2025 9:45:24 PM | NOT SENT |